RECVD'06 AUG 25 13:58 USDC-ORP

FILED'06 AUG 29 08:46 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEROY J. SCHLAMP,

        Plaintiff,

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

        Defendant.

Civil No. 05-1397-KI

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $4614.80 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 28 day of Aug., 2006.

_____
Garr M. King
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

_____
Richard A. Sly, OSB #63074
1001 SW Fifth Avenue, Suite 310
Portland, OR 97204
Telephone: (503) 224-0436
    Attorney for Plaintiff